| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Talwani, Indira | 2. Court or Organization<br><br>U.S. District Court, District of Massachusetts | 3. Date of Report<br><br>08/11/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>John J. Moakley U.S. Courthouse<br>One Courthouse Way<br>Boston, MA 02110 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Pyle Rome LLP - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Talwani, Indira** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   Citizens Bank (cash) | A | Interest | J | T | | | | | |
| 3.   Charles Schwab (cash) | A | Interest | K | T | | | | | |
| 4.   IRA #1 (H) | | | | | | | | | |
| 5.   American Funds Dev. World Growth Fund (DWGAX) | A | Dividend | J | T | | | | | |
| 6.   American Funds Fundamental Investors Fund (ANCFX) | A | Dividend | J | T | | | | | |
| 7.   American Funds Ptf Growth Fun (GWPAX) | B | Dividend | K | T | | | | | |
| 8.   American Funds High Income Trust Fund (AHITX) | A | Dividend | J | T | | | | | |
| 9.   American Funds Income Fund of America (AMECX) | A | Dividend | J | T | | | | | |
| 10.  American Funds Inter Bond Fund of America (AIBAX) | A | Dividend | J | T | | | | | |
| 11.  American Funds Investment Company of America Fund (AIVSX) | A | Dividend | J | T | | | | | |
| 12.  American Funds SMALLCAP World Fund (RSEBX) | A | Dividend | J | T | | | | | |
| 13.  IRA #2 (H) | | | | | | | | | |
| 14.  Edward Jones Cash (cash) | A | Interest | K | T | Open | 07/25/19 | L | | |
| 15.  Trust Account #1 (H) | | | | | | | | | |
| 16.  Rental property #1, South Orleans, Massachusetts | E | Rent | P2 | W | | | | | |
| 17.  Federated INV Prm CSH Obl-Ws (cash) | C | Interest | | | Closed | 12/19/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Talwani, Indira** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Federated Govor Obl TX Mgd-I (GOTXX) (cash) | B | Interest | K | T | | | | | |
| 19. US Treasury Bills DTD 01/31/2019 -01/30/2020 | | None | M | T | Buy | 02/13/19 | M | | |
| 20. US Treasury Notes DTD 11/30/2018 -11/30/2020 | B | Interest | M | T | | | | | |
| 21. US Treasury Notes DTD 11/15/2012 - 11/15/2022 | | None | M | T | Buy | 12/19/19 | M | | |
| 22. US Treasury Notes DTD 10/31/2016-10/31/2023 | | None | M | T | Buy | 12/19/19 | M | | |
| 23. US Treasury Bills DTD 08/16/2018 - 2/14/19 | A | Interest | | | Matured | 02/14/19 | M | | |
| 24. US Treasury Bills DTD 12/06/2018 - 12/05/19 | B | Interest | | | Matured | 12/05/19 | M | | |
| 25. Federal Farm Credit Bank Bonds | D | Interest | N | T | Sold (part) | 07/26/19 | M | | |
| 26. | | | | | Buy (add'l) | 07/29/19 | M | | |
| 27. | | | | | Sold (part) | 07/30/19 | M | | |
| 28. | | | | | Buy (add'l) | 08/13/19 | M | | |
| 29. | | | | | Sold (part) | 08/28/19 | M | | |
| 30. Massachusetts State General Obligations 12/28/2011-12/01/23 | C | Interest | | | Sold | 12/01/19 | M | | |
| 31. Doubleline Totaal Return Bond Fund (DBLTX) | A | Dividend | N | T | Buy | 11/04/19 | N | | |
| 32. Federate Short-Term Municipal Trust (FSHIX) | B | Dividend | M | T | Buy (add'l) | 12/19/19 | L | | |
| 33. Loomis Sayles Senior (LSFYX) | D | Dividend | | | Sold | 11/04/19 | N | | |
| 34. Amazon.Com Inc (AMZN) | | None | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Talwani, Indira** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Lowes Cos Inc (LOW) | A | Dividend | L | T | Sold<br>(part) | 09/17/19 | J | A | |
| 36. McDonald Corp. (MCD) | B | Dividend | K | T | Sold<br>(part) | 09/17/19 | J | A | |
| 37. Coca Cola (CO) | B | Dividend | L | T | Buy | 01/14/19 | L | | |
| 38. | | | | | Sold<br>(part) | 09/17/19 | J | A | |
| 39. Nestle SA (NSRGY) | B | Dividend | L | T | Sold<br>(part) | 09/17/19 | J | A | |
| 40. Pepsico Inc. (PEP) | B | Dividend | K | T | | | | | |
| 41. Procter & Gamble Co (PG) | B | Dividend | K | T | Sold<br>(part) | 09/17/19 | J | A | |
| 42. EOG RES Inc (EOG) | A | Dividend | K | T | | | | | |
| 43. ExxonMobil (XOM) | B | Dividend | K | T | | | | | |
| 44. Pioneer Natural Resources Co (PXD) | A | Dividend | | | Sold | 07/18/19 | J | | |
| 45. Royal Dutch Shell PLC SPONS ADR (RDS/B) | C | Dividend | L | T | | | | | |
| 46. American Express Co (AXP) | A | Dividend | K | T | Buy | 05/28/19 | K | | |
| 47. Bank of America (BAC) | B | Dividend | L | T | Buy<br>(add'l) | 05/28/19 | K | | |
| 48. | | | | | Sold<br>(part) | 09/17/19 | J | A | |
| 49. JP Morgan Chase & Co. (JPM) | B | Dividend | L | T | Sold<br>(part) | 09/17/19 | J | A | |
| 50. PNC Financial Services Group (PNC) | | None | | | Sold | 01/14/19 | L | E | |
| 51. US Bancorp New (USB) | A | Dividend | | | Sold | 05/28/19 | L | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Talwani, Indira** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Wells Fargo & Co (WFC) | | None | L | T | Buy | 12/06/19 | L | | |
| 53.   Abbott Labs (ABT) | B | Dividend | L | T | Sold<br>(part) | 09/17/19 | J | A | |
| 54.   Becton Dickinson (BDX) | A | Dividend | K | T | Sold<br>(part) | 09/17/19 | J | A | |
| 55.   Bristol Myers Squibb Co (BMY) | | None | K | T | Buy | 12/06/19 | K | | |
| 56.   Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 57.   Merck & Co. Inc. (MRK) | B | Dividend | L | T | Sold<br>(part) | 09/17/19 | J | A | |
| 58.   Pfizer Inc. (PFE) | C | Dividend | L | T | Sold<br>(part) | 09/17/19 | J | | |
| 59.   UnitedHealth Group Inc (UNH) | A | Dividend | K | T | | | | | |
| 60.   Zoetis Inc. (ZTS) | A | Dividend | L | T | Sold<br>(part) | 02/07/19 | K | D | |
| 61. | | | | | Sold<br>(part) | 09/17/19 | J | A | |
| 62.   Emerson Elec. Co. (EMR) | A | Dividend | | | Sold | 07/18/19 | L | | |
| 63.   Hexcel Corp. (HXL) | A | Dividend | K | T | | | | | |
| 64.   Honeywell International Inc (HON) | B | Dividend | L | T | | | | | |
| 65.   Union Pac Corp. (UNP) | B | Dividend | L | T | | | | | |
| 66.   Xylem Inc (XYL) | A | Dividend | K | T | | | | | |
| 67.   Adobe Sys Inc. (ADBE) | | None | L | T | Sold<br>(part) | 01/31/19 | K | E | |
| 68. | | | | | Sold<br>(part) | 09/17/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Talwani, Indira** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Apple Inc. (AAPL) | A | Dividend | L | T | Sold (part) | 09/17/19 | J | A | |
| 70. Cisco Systems Inc (CSCO) | B | Dividend | L | T | | | | | |
| 71. Microsoft Corp. (MSFT) | B | Dividend | L | T | Sold (part) | 01/31/19 | J | D | |
| 72. Oracle Corporation (ORCL) | A | Dividend | K | T | Buy | 07/18/19 | K | | |
| 73. | | | | | Sold (part) | 09/17/19 | J | | |
| 74. Palo Alto Networks Inc (PANW) | | None | K | T | Sold (part) | 09/17/19 | J | A | |
| 75. Salesforce.com (CRM) | | None | L | T | Sold (part) | 01/31/19 | K | E | |
| 76. Visa (V) | A | Dividend | L | T | Sold (part) | 01/31/19 | J | D | |
| 77. Ecolab Inc (ECL) | A | Dividend | K | T | | | | | |
| 78. Linde Plc (LIN) | B | Dividend | L | T | | | | | |
| 79. Alphabet Inc CL A (GOOGL) | | None | L | T | Sold (part) | 09/17/19 | J | A | |
| 80. AT&T Inc (T) | A | Dividend | L | T | Buy | 07/18/19 | K | | |
| 81. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 82. Disney Walt Co (DIS) | B | Dividend | L | T | Sold (part) | 09/17/19 | J | A | |
| 83. Verizon Communications (VZ) | B | Dividend | L | T | | | | | |
| 84. NextEra Energy Inc. (NEE) | B | Dividend | K | T | Sold (part) | 11/05/19 | J | D | |
| 85. iShares Core S&P Small-Cap ETF (IJR) | A | Dividend | L | T | Sold (part) | 09/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   iShares Nasdaq Biotech ETF (IBB) | A | Dividend | K | T | | | | | |
| 87.   SPDR Portfolio Emerging Mkts ETF (SPEM) | B | Dividend | K | T | | | | | |
| 88.   Vanguard FTSE All-World EX-Us (VEU) | B | Dividend | K | T | | | | | |
| 89.   Trust Account #2 (H) | | | | | | | | | |
| 90.   Citizens Bank (cash) | A | Interest | K | T | | | | | |
| 91.   Rental property #2, Cotuit, Massachusetts | D | Rent | P1 | W | | | | | |
| 92.   Kansas 529 Account #1 (H) | | | | | | | | | |
| 93.   American Century Aggressive Portfolio | A | Dividend | J | T | Buy (add'l) | 10/14/19 | J | | |
| 94. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 95. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 96.   American Century Moderate Portfolio | A | Dividend | J | T | Buy (add'l) | 10/14/19 | J | | |
| 97. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 98. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 99.   American Century Moderately Conservative Portfolio | A | Dividend | J | T | Buy (add'l) | 10/14/19 | J | | |
| 100. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 101. | | | | | Buy (add'l) | 12/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 15-88: My _____ and _____ are beneficiaries of Trust #1. It was neither established nor funded by _____, _____ or me, and we have no control over the assets or income of the trust. My household's beneficiary interest in the assets of the trust is 5.5% of the value indicated in Column C.

Part VII, lines 89-91: _____ is a beneficiary and trustee of Trust #2. _____ beneficiary interest is 20% of the value indicated in Column C.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Indira Talwani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544